IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

ALEX N. SILL COMPANY,      )
                           )
     Plaintiff,            )
                           )     CIVIL ACTION NO.
     v.                    )     2:16cv1007-MHT
                           )          (WO)
CARTER BROS. MFG. CO.,     )
INC.,                      )
                           )
     Defendant.            )

## JUDGMENT

In accordance with the opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Alex N. Sill Company's motion for default judgment against defendant Carter Bros. Mfg. Co., Inc. (doc. no. 11) is granted.

(2) The court finds and declares that plaintiff Alex N. Sill Company's contract with defendant Carter Bros. Mfg. Co., Inc. (doc. no. 11-3) is valid and binding.

(3) Judgment is entered in favor of plaintiff Alex N. Sill Company and against defendant Carter Bros. Mfg. Co., Inc., in the amount of $250,939.04.

(4)   The   court   further   finds   and   declares   that plaintiff Alex N. Sill Company is entitled to the first $ 250,939.04 of any distribution made to defendant Carter   Bros.   Mfg.   Co.,   Inc.   in   the   Lumbermen's Underwriting Alliance liquidation proceedings, or to any amount of the $ 250,939.04 that remains owing at the time of such distribution.

(4)   Costs are taxed against defendant Carter Bros. Mfg.   Co.,   Inc.,   for   which   execution   may   issue.

The   clerk   of   the   court   is   DIRECTED   to   enter   this document   on   the   civil   docket   as   a   final   judgment pursuant   to   Rule   58   of   the   Federal   Rules   of   Civil Procedure.

This case is closed.

DONE, this the 13th day of March, 2017.

        /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE